IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00324-BNB

DERRICK SCOTT,

    Plaintiff,

v.

GLYNETT M. SMITH,
O. BLACKWELL,
A. CORTESE,
BURL McCULLAR,
TANYA TURNER,
DEBBIE ALLEN,
BECKY LUCERO,
S. WILLIAMS,
MARY LAWRENCE,
JOY JONES, and
ROBERT D. DONOHOO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2010

GREGORY C. LANGHAM
    CLERK

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff, Derrick Scott, has filed *pro se* on April 6, 2010, an amended Prisoner Complaint in this action. However, the amended Prisoner Complaint filed on April 6 is not signed. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Furthermore, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). Therefore, Mr. Scott will be ordered to file a signed amended Prisoner Complaint if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that Mr. Scott cure the deficiency in this action **within thirty (30)**

**days from the date of this order** by filing a signed amended Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Scott fails to cure the deficiency within the time

allowed, the action will be dismissed without further notice.

DATED April 20, 2010, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00324-BNB

Derrick Scott
1525 Valentina Street
Denver, CO 80220

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4/20/10

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk