IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00324-REB-BNB

DERRICK SCOTT,

Plaintiff,

v.

GLYNETT M. SMITH,
O. BLACKWELL,
A. CORTESE,
BURL MCCULLAR,
TANYA TURNER,
DEBBIE ALLEN,
BECKY LUCERO,
S. WILLIAMS,
MARY LAWRENCE, and
JOY JONES,

Defendants.

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

_____

The plaintiff filed his Amended Prisoner Complaint [Doc. #14] (the "Complaint") on

May 19, 2010.  The Complaint asserts numerous constitutional claims based on the Colorado

Department of Corrections' classification of the plaintiff as a sex offender.[1]

Defendants Smith, Blackwell, Williams, McCullar, Lawrence, Hamilton, Lucero, and

Allen filed a motion to dismiss the Complaint [Doc. #35] on August 16, 2010.  Defendant Jones

filed a motion to dismiss the Complaint [Doc. #39] on August 17, 2010.

_____

[1]The record reflects that the plaintiff has been released from the Colorado Department of
Corrections and is residing in Denver.

On August 17, 2010, I ordered the plaintiff to respond to the motions to dismiss on or before September 17, 2010 [Doc. #41]. The plaintiff subsequently requested two extensions of time [Docs. #43 and #46]. I granted the extensions to and including November 18, 2010 [Docs. #45 and #48]. The plaintiff has not responded to the motions.

Consequently, I ordered the plaintiff to show cause in writing on or before January 18, 2011, why this case should not be dismissed pursuant to D.C.COLO.LCivR 41.1[2] for failure to follow my orders and failure to prosecute [Doc. #49]. I cautioned the plaintiff that failure to show cause in writing on or before January 18, 2011, would result in my recommendation that the Complaint be dismissed in its entirety. The plaintiff did not respond to my show cause order. Accordingly,

I respectfully RECOMMEND that the Complaint be DISMISSED pursuant to D.C.COLO.LCivR 41.1 for failure to follow my orders and failure to prosecute.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal

---

[2]Local Rule of Practice 41.1, D.C.COLO.LCivR., provides:

> A judicial officer may issue an order to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules, the Federal Rules of Civil Procedure, or any court order. If good cause is not shown within the time set in the show cause order, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice.

questions.  In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000).  A

party's objections to this recommendation must be both timely and specific to preserve an issue

for *de novo* review by the district court or for appellate review.  United States v. One Parcel of

Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated January 19, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge